IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JANE DOE I, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 19-04089-CV-V-BP |
| | ) |
| COLONEL ERIC T. OLSON, et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Come now all named Plaintiffs in this cause of action, by and through their undersigned attorney of record in the above styled matter, Clifford W. Cornell, and all named Defendants who have also all appeared in the above styled matter, by and through their undersigned attorney of record in the above styled matter, Zachary Buchheit, Assistant Attorney General, and for the Notice and Stipulation as styled above, state:

1. Plaintiffs hereby voluntarily dismiss the above styled matter without prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Defendants stipulate to the dismissal without prejudice referenced above in Paragraph 1 herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

- 1 -

Respectfully Submitted,

| | |
|---|---|
| _/s/ Clifford W. Cornell_ | _/s/ Zachary T. Buchheit_ |
| Clifford W. Cornell - Missouri Bar #45998 | Zachary T. Buchheit - Missouri Bar #71816 |
| 1739 East Elm Street - Suite 103 | Assistant Attorney General |
| Jefferson City, Missouri 65101 | P.O. Box 899 |
| Phone: 573-556-6606: Fax: 573-761-5261 | Jefferson City, Missouri 65102 |
| Attorney of Record for All Named Plaintiffs | Phone: 573-751-3914: Fax: 573-751-9456 |
| cliffordcornell@aol.com | Attorney of Record for All Named Defendants Herein |
| | zachary.buchheit@ago.mo.gov |